IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               CASE NO. 4:08-cr-39-RH-GRJ

DOROTHY DAWKINS RAINES,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

The Court ordered Defendant to show cause on or before January 14, 2013, as to why the pending motion to vacate should not be dismissed for failure to prosecute because Defendant was released from custody in August 2012 but has failed to provide the Court with a current address. As of the date of this Report and Recommendation, Defendant has failed to respond.

Accordingly, it is respectfully **RECOMMENDED** that Defendant's pending motion to vacate, Doc. 76, be dismissed for failure to prosecute, and that the accompanying civil case be closed.

**IN CHAMBERS**, at Gainesville, Florida, this 25th day of January 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.