IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 4:08cr39-RH/GRJ

DOROTHY DAWKINS RAINES,

    Defendant.

_____/

## ORDER OF DISMISSAL

This motion for relief under 28 U.S.C. § 2255 is before the court on the magistrate judge's report and recommendation, ECF No. 94. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The motion under 28 U.S.C. § 2255 is denied for failure to prosecute." The clerk must close the file.

SO ORDERED on March 4, 2013.

                          s/Robert L. Hinkle
                          United States District Judge