# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:08cr39-RH/CAS

DOROTHY DAWKINS RAINES,

    Defendant.

_____/

## ORDER EXTENDING THE DEADLINE
## TO RESPOND TO THE MOTION TO
## TERMINATE SUPERVISED RELEASE

The defendant filed on December 6, 2013, a motion to terminate her term of supervised release. ECF No. 102. The government's memorandum in response was due on December 23, 2013. The government has not filed a memorandum. This order gives the government a final opportunity to do so. If the government does not file a memorandum, the motion will be granted.

IT IS ORDERED:

The deadline for the government to file a memorandum in opposition to the

motion to terminate supervised release is extended to January 9, 2014.

SO ORDERED on January 3, 2014.

s/Robert L. Hinkle<br>United States District Judge