IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:08cr39-RH/CAS

DOROTHY DAWKINS RAINES,

    Defendant.

_____/

### ORDER TERMINATING SUPERVISED RELEASE

The defendant Dorothy Dawkins Raines moved for early termination of supervised release. ECF No. 102. The government responded. ECF No. 105. An order directed the probation officer to submit a memorandum addressing early termination and provided that a party could respond within 14 days. ECF No. 106. The probation officer filed a memorandum. ECF No. 111. Neither party responded.

I have considered the factors listed in 18 U.S.C. § 3553(a) and the criteria set out in Monograph 109 as approved by the Judicial Conference of the United States. I find that termination of supervised release at this time is warranted by the Ms.

Raines's conduct and the interest of justice.  *See* 18 U.S.C. § 3583(e)(1).

Accordingly,

    IT IS ORDERED:

    Ms. Raines's term of supervised release is terminated as of March 1, 2014, at 3:55 p.m.

    SO ORDERED on March 1, 2014.

                                       s/Robert L. Hinkle  
                                       United States District Judge